```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 29900
   ADAM Z LEVY
   CYNTHIA R LEVY                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-5995     SSN XXX-XX-4653

-----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/12/04 and confirmed on 10/12/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  10292.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| CITIFINANCIAL | SECURED | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 5385.89 | 1054.26 | 5385.89 |
| AURORA EMERGENCY ASSOCIA | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| BRINKS HOME SECURITY | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COLONY APARTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | 425.71 | .00 | 42.57 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2407.99 | .00 | 240.80 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ICS | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CFC FINANCIAL | UNSECURED | 350.49 | .00 | 35.05 |
| OPTEL CABLE CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT GALLEE | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ST CHARLES FAMILY MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| TRI CITY RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 156.17 | .00 | 15.62 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | 8200.21 | .00 | 820.02 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6198.35 | .00 | 619.84 |

```
CFC FINANCIAL              UNSECURED         244.55            .00         24.46
      Summary of disbursements:
--------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   5385.89        .00     17983.47         .00      23369.36
PRINCIPAL PAID       5385.89        .00      1798.36         .00       7184.25
INTEREST PAID        1054.26        .00          .00         .00       1054.26
TOTAL PAID           6440.15        .00      1798.36         .00       8238.51
```

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $    2200.00
and was paid $    600.00   direct and $   1600.00   through the plan.

The Trustee received $    452.85 .

Refunds to the Debtor totaled $         .64 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/12/08                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                              PAGE   2
     CASE NO. 04 B 29900 ADAM Z LEVY & CYNTHIA R LEVY